IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CR117 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| IZAK ZIRK DE MAISON | ) | **GOVERNMENT'S NOTICE OF** |
| AKA IZAK ZIRK ENGELBRECHT, aka | ) | **RELATED CASE** |
| ZIRK ENGELBRECHT, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through Steven M. Dettelbach, United States Attorney, and Christos N. Georgalis and Adam Hollingsworth, Assistant United States Attorneys, and hereby files this Notice of Related Case.  Pursuant to Local Criminal Rule 57.9(b)(3), Case Number 1:15CR117 is related to Case No. 1:15CR075 (United States v. Stephan J. Wilshinsky), which is currently assigned to the Honorable Judge Benita Y. Pearson. The De Maison Information filed on March 24, 2015, charges a related scheme as set forth in the Wilshinsky case.  A copy of this Notice will be sent to the chambers of U.S. District Judge Pearson via electronic mail.

Although Rule 57.9 provides for reassignment of related cases, the rule itself does not articulate a governing standard.  Rather, when filing a criminal case, the United States Attorney's

Office is required "in any case which is, or might be considered, related to another case, file a motion/notice with both District Judges advising the Court of the relationship.  A new violation resulting in a federal indictment or information may be considered related to the previously filed case."  Id.  Pursuant to that rule, the government is hereby providing this notice.

    Due to the fact that there is strong factual nexus between the case previously assigned to U.S. District Judge Pearson and the scheme as charged in the Information in this case, the government believes that these should be considered as related cases under Rule 57.9(b).

    Respectfully submitted,

    STEVEN M. DETTELBACH
    United States Attorney

By:    /s/ Christos N. Georgalis
    Christos N. Georgalis (OH: 0079433)
    Adam Hollingsworth (MA: 660727)
    Assistant United States Attorneys
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3971
    (216) 522-2403 (facsimile)
    Chris.Georgalis@usdoj.gov
    Adam.Hollingsworth@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

  I certify that on this date, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

                 <u>/s/ Christos N. Georgalis</u>
                 Christos N. Georgalis
                 Assistant U.S. Attorney