USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case: 1:15-cr-00117-BYP Doc #: 65 Filed: 06/30/16 1 of 1. PageID #: 506

**U.S. Department of Justice**
United States Marshals Service

RECEIVED
DEPARTMENT
OF JUSTICE

2016 JUN 28 PM 12 54

U.S. MARSHALS
ND/OHIO
CLEVELAND, OH

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:15CR117 |
| DEFENDANT | TYPE OF PROCESS |
| Izak Zirk De Maison | Execute Agreement and Second FOF |

②

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$40,000.00 in lieu of diamond ring
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James L. Morford, Assistant United States Attorney
Office of the United States Attorney
400 United States Courthouse
Cleveland, Ohio 44113

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the Agreement and Final Order of Forfeiture, the $40,000.00 in lieu of diamond ring can be disposed of in accordance with law. However, please note there is a restoration request pending for this asset. Accordingly, instructions regarding final disposal will be sent to the USMS from the Asset Forfeiture and Money Laundering Section.
CATS IDS: 16-FBI-002746

| Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 216-622-3743 | DATE 6/28/16 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. D60 | District to Serve No. D60 | Signature of Authorized USMS Deputy or Clerk Patricia R Malley | Date 6/28/16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date 6-28-16 | Time 400 ☐ am ✓ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy Janet Duncan, SrsC | #15774 |

| Service Fee $65 | Total Mileage Charges including endeavors 0 | Forwarding Fee 0 | Total Charges $65 | Advance Deposits 0 | Amount owed to U.S. Marshal* or (Amount of Refund*) $65 | $0.00 |
|---|---|---|---|---|---|---|

REMARKS: ASSET TRANSFERRED INTO AFF ON 6-28-16.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00