Granted.
/s/ *Benita Y. Pearson* on 8/22/2016
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CR00117 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ZIRK De MAISON, | ) | GOVERNMENT'S MOTION FOR LEAVE |
| | ) | TO FILE UNDER SEAL AN |
| Defendant. | ) | UNOPPOSED MOTION TO DISCLOSE |
| | ) | PLEA AGREEMENT ADDENDUM |

The United States of America, by and through its counsel, Carole S. Rendon, United States Attorney for the Northern District of Ohio, and Christos N. Georgalis, and Paul Flannery, Assistant U.S. Attorneys, hereby requests leave to file under seal the Government's Motion to Disclose Plea Agreement Addendum (the "Motion") because the Motion discusses confidential, sensitive information.

Respectfully submitted,

CAROLE S. RENDON
United States Attorney

By: /s/ *Chris N. Georgalis*
Chris N. Georgalis (OH: 0079433)
Paul Flannery (OH: 0091480)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3971
(216) 522-2403 (facsimile)
Chris.Georgalis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ *Chris N. Georgalis*
Chris N. Georgalis
Assistant U.S. Attorney