# Dick Lillie

**From:** Ali Hernandez <tonyhr77m@yahoo.com>
**Sent:** Saturday, December 31, 2016 7:26 PM
**To:** Dick Lillie
**Subject:** Zirk Good character letter

To whom it may concern:

My Name is Antonio Hernandez, I have been knowing Zirk DeMizon for over 8 years.

I can share with you that he is a person with a good heart and good intentions , always looking to do good to everybody around him, we meet when I was providing my services at his house for Janitorial services, he's family was he's priority , also he will help people in need.

He is a Man of GOD, very drive to sucede in life , I got to witness him helping people with different needs. One Time one of our coworkers was in need of getting her car repair because it wasn't working properly and was her only way of transportation to get to work also to pick up her kids from school ...Zirk paid in full for the repairs with no deduction on her check, it was simply a bless.

Also he help another person with the guidance of how to open he's own Landcaping business, giving him advices on how to grown he's business and paying for the License requiere by the city.

I could provide many examples , the point here is that he's a person that has help people every single time he has the opportunity. This should be taken in consideration.

Zirk is a person of good character , intensions and a man that has done good to people surrounding him.

Kind regards.